**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Barry Earl WILLIAMS, Defendant— Appellant.**

No. 09–7836.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 28, 2010.

Barry Earl Williams, Appellant Pro Se. John Staige Davis, V, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Earl Williams appeals the district court's order denying his motion to modify the eighteen-month sentence the district court imposed upon finding Williams had violated the terms of his supervised release. We have reviewed the record and the issues raised on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams,* No. 3:00–cr–00177–RLW–1 (E.D. Va. filed Sept. 17; entered Sept. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*